# Exhibit 11: Consent Order, <u>Brown and Driver v. Brown</u>, Supreme Court of British Columbia, File No. S220698, dated April 14, 2022

SUPREME COURT
OF
BRITISH COLUMBIA
S E A L
*14-Apr-22*

Vancouver
REGISTRY

No. S-220698
Vancouver Registry

*In the Supreme Court of British Columbia*

Between

**ARTHUR BROWN AND CYRUS DRIVER**

Plaintiffs

and

**STEPHEN BROWN**

Defendant

<u>**CONSENT ORDER**</u>

| | |
|---|---|
| BEFORE A MASTER OF THE COURT ) ) ) ) ) | 14 APRIL 2022 |

ON THE APPLICATION of the Plaintiffs, Arthur Brown and Cyrus Driver, without a hearing and by consent:

**THIS COURT ORDERS** that:

1. The Claim of the Plaintiffs against Stephen Brown is allowed; and

*[THIS SPACE IS INTENTIONALLY LEFT BLANK]*

7294373 1

- 2 -

2. Judgement is awarded to the Plaintiffs against Stephen Brown in the amount of $2,000,000 (two million dollars).

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS NOTED ABOVE:

_____
Patrick J. Sullivan
Counsel for the Plaintiffs, Arthur Brown and Cyrus Driver

_____
Stephen Brown, the Defendant

By the Court.

_____
Registrar

7294373.1