# Exhibit 13: Order Made After Application, <u>Barbachkov v. Brown</u>, Supreme Court of British Columbia File No. ABB-S-S-01816, dated July 28, 2022



No. ABB-S-S-01816  
Abbotsford Registry

### IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

ALEXANDER BARBACHKOV

PLAINTIFF

AND:

STEPHEN BROWN

DEFENDANT

### ORDER MADE AFTER APPLICATION

BEFORE }   MASTER HUGHES                              } JUNE 13, 2022

ON THE APPLICATION of the plaintiff, Alexander Barbachkov, filed May 17, 2022, coming on for hearing at Vancouver, British Columbia, on June 13, 2022 and on hearing Maryanna Dinh and Monique Evans, counsel for the plaintiff;

THIS COURT ORDERS that:

1. the defendant, Stephen Brown, pay to the plaintiff judgment in the amount of $1,724,000.

2. the defendant, Stephen Brown, pay to the plaintiff interest under the *Court Order Interest Act* in the amount of $5,058.64 and costs in the amount of $1,038.20.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT:

*[signature]*
_____
Monique Evans, lawyer for the plaintiff

By the Court.
Digitally signed by Born, Amanda
_____
Registrar

1916367-1