# Exhibit 14: Order Made After Application, Dhunna v. Brown, Supreme Court of British Columbia File No. S-218212, dated June 22, 2022



No. S-218212
Vancouver Registry

IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

RAKESH DHUNNA

PLAINTIFF

AND:

STEPHEN BROWN

ORDER MADE AFTER APPLICATION

| BEFORE | ) THE HONOURABLE JUSTICE ) J. AHMAD | ) Tuesday, the 18th day ) of July, 2023 |
|---|---|---|

ON THE APPLICATION of the plaintiff, Rakesh Dhunna, coming on for hearing at Vancouver, British Columbia on July 18, 2023 and on hearing William E. Knutson, K.C., for the plaintiff, and the defendant not appearing, although duly served;

THIS COURT ORDERS that:

1. Stephen Brown pay to Rakesh Dhunna $4,262,369.40;

2. Stephen Brown pay Rakesh Dhunna's taxable costs at Scale B.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT.

_____
Signature of William E. Knutson, K.C.
lawyer for the plaintiff, Rakesh Dhunna

THE COURT
_____

26385836