# Exhibit 15: United Kingdom Insolvency Register Report for Stephen Brown

Home   Register Info   Register Main Menu   Register FAQ   Register Feedback

# Individual Insolvency Register

## Online Survey

We're updating our online services, and to do this we need your feedback. We'd appreciate it if you could answer a few short questions about who you are, why you use our services and how we can improve them. You'll also have the opportunity to sign up for future research sessions if you're interested.

I'd like to take part in The Insolvency Service registers online survey

While every effort has been made to ensure that the information provided is accurate, occasionally errors may occur. If you identify information which appears to be incorrect or omitted, please inform us using the feedback links contained within this site, so that we can investigate the matter and correct the database as required.

The **Insolvency Case Details** are taken from the Court Order made on the Order Date, and include the address(es) from which debts were incurred. They cannot be changed without the consent of the Court.

The **Individual Details** may have changed since the Court Order but, even so, they might not reflect the person's current address or occupation at the time you make your search, and **they should not be relied on as such**.

The Insolvency Service cannot accept responsibility for any errors or omissions as a result of negligence or otherwise. Please note that The Insolvency Service and Official Receivers cannot provide legal or financial advice. You should seek this from a Citizen's Advice Bureau, a solicitor, a qualified accountant, an authorised insolvency practitioner, reputable financial advisor or advice centre.

The Individual Insolvency Register is a publicly available register and The Insolvency Service does not endorse, nor make any representations regarding, any use made of the data on the register by third parties.

## Report Requested For : STEPHEN BROWN

## Report for Bankruptcy Case

### Individual Details

| | |
|---|---|
| **Surname** | BROWN |
| **Forename(s)** | STEPHEN |
| **Title** | Mr |
| **Gender** | Male |
| **Occupation** | Non-Surrender |
| **Date of Birth** | 22 November 1956 |
| **Last Known Address** | 90 Commodore House<br>Juniper Drive<br>LONDON<br>United Kingdom<br>SW18 1TZ |

## Insolvency Case Details

| | |
|---|---|
| **Case Name** | STEPHEN BROWN |
| **Court** | County Court at Central London |
| **Type** | Bankruptcy |
| **Number** | 0002111 |
| **Case Year** | 2016 |
| **Order Date** | 12 May 2017 |
| **Status** | Discharge Suspended Indefinitely **See Footnote** |
| **Case Description** | STEPHEN BROWN OF 69 KINGFISHER HOUSE JUNIPER DRIVE BATTERSEA REACH WANDSWORTH SW18 1TY |

### Insolvency Service Contact Details

| | |
|---|---|
| **Insolvency Service Office** | Croydon |
| **Contact** | Enquiry Desk |
| **Address** | PO Box 16657<br>BIRMINGHAM<br>United Kingdom |
| **Post Code** | B2 2ER - Click Post Code for Map of Office<br>(The Insolvency Service is not responsible for the content of external sites.) |
| **Telephone** | 0300 678 0016 |

**Footnote** Order suspending bankrupt's discharge under Section 279(3) of the Insolvency Act 1986 until the fulfillment of conditions as specified in the Order made by the Court and effective from 23 November 2017

Details extracted on **24/8/2023**

Report Error     Print     Back



Disclaimer | Accessibility Statement | Information Charter / Privacy Statement | Complaints Procedure | Crown Copyright 2023

A BEIS SERVICE