# Exhibit 16: British Columbia Securities Commission Cease Trade Order, filed May 17, 2022

**British Columbia Securities Commission**

Citation: 2022 BCSECCOM 178

# Cease Trade Order

## HPIL Holding

### (referred to as the Reporting Issuer)

### Section 164 of the *Securities Act,* R.S.B.C. 1996, c. 418

¶ 1 The Reporting Issuer has not filed:

1. annual audited financial statements for the year ended December 31, 2021, as required under Part 4 of National Instrument 51-102 *Continuous Disclosure Obligations* (NI 51-102), and

2. a Form 51-102F1 *Management's Discussion and Analysis* for the period ended December 31, 2021, as required under Part 5 of NI 51-102, and

3. a Form 51-102F2 *Annual Information Form* for the year ended December 31, 2021, as required under Part 6 of NI 51-102

(the required records).

¶ 2 Under section 164(1) of the Act, the Executive Director orders that all trading in the securities of the Reporting Issuer cease until:

1. it files the required records, completed in accordance with the Act and rules, and

2. the Executive Director revokes this order as it applies to the Reporting Issuer.

¶ 3 Despite this order, a beneficial shareholder of the Reporting Issuer who is not, and was not at the date of this order, an insider or control person of that Reporting Issuer, may sell securities of the Reporting Issuer acquired before the date of this order, if:

1. the sale is made through a market outside Canada, and

2. the sale is made through an investment dealer registered in British Columbia.

¶ 4 May 17, 2022

Anita Cyr, CPA, CA
Manager, Financial Reporting
Corporate Finance