# Exhibit 17: Cease and Desist Letter, dated July 17, 2023



ROCHESTER
950 WEST UNIVERSITY DR., SUITE 300
ROCHESTER, MI 48307
248-841-2200 | WWW.MILLER.LAW
Kevin F. O'Shea
kfo@millerlawpc.com

July 17, 2023

**BY EMAIL AND U.S. MAIL**



**Re: Demand to Cease and Desist**

Dear Mr./Ms. O'Callaghan:

As you know, my law firm represents Mark Osborne and Andrew Badger. I wrote to you on April 11, 2023 to address defamatory statements and tortious actions by you against them and their business associates. Since that date there have been legal rulings affirming my clients' position. In light of those rulings and other recent developments, I am writing to demand that you cease and desist from such ongoing and additional statements and activity.

Your continuing and additional publication of false and defamatory statements about our clients via social media (including, but not limited to, Twitter, Facebook, and Telegram) and elsewhere, making threats against their businesses, and contacting their associates in an attempt to impair their business and personal relationships, all constitute material violations of the law. On their face, your statements constitute defamation *per se* and *per quod*, business defamation, and disparagement/injurious falsehood.

Your ongoing and additional statements and actions also constitute tortious interference with existing and prospective business relations, misrepresentation, and fraud. All your statements and actions support additional claims for concert of action and civil conspiracy, and they constitute potential criminal violations under applicable state and federal law. Moreover, your defamatory statements and tortious actions against Stephen Brown, and companies affiliated with him, are plainly calculated to cause substantial collateral harm to our clients.





Accordingly, we demand that you immediately:

1. Cease and desist making any defamatory or disparaging comments about our clients, including but not limited to accusations of criminal activity, such as arson;

2. Cease and desist making any defamatory or disparaging comments about Mr. Brown and/or companies affiliated with him by any means, but especially via social media;

3. Cease and desist your tortious interference with the businesses/business relationships of our clients, and/or companies affiliated with Mr. Brown, including but not limited to interfering with the trading of any companies affiliated with our clients and/or Mr. Brown on relevant stock exchanges;

4. Remove or take down the website www.stephenbrownscam.com, and any and all other sites you have created and/or hosted and/or were created and/or hosted at your direction and/or with your assistance, that serve as a location for defamatory and/or disparaging statements of and concerning our clients and/or Mr. Brown and/or companies affiliated with him and/or our clients; and

5. Publish retractions and apologies online and wherever else you have made defamatory and/or disparaging statements of and concerning our clients and/or Mr. Brown and/or

companies affiliated with him and/or our clients, in substantially the same manner as the original statements, and in accordance with MCL 600.2911(2)(b).

Please contact me by July 21, 2023, to confirm your compliance with the foregoing demands. If you fail to act in accordance with the foregoing demands, my clients' only remaining option will be to pursue legal action against you for defamation, business defamation, disparagement/injurious falsehood, misrepresentation, fraud, tortious interference with existing and prospective business relations, concert of action, and civil conspiracy, among other claims.

My clients reserve all their legal rights and remedies. Please direct all future communications with my clients to my attention.

Very truly yours,

**THE MILLER LAW FIRM, P.C.**

Kevin F. O'Shea