# Exhibit 1: : Text Message from Darcy" Christopherson to Angela Collette and Haining Zhang, dated November 29, 2022



Tue, Nov 29, 11:21 AM

Good Morning Harry & Angela, Lehman will probably ask some trick questions tomorrow. I'm not asking you to lie, my guess is one of his questions will most likely be:

"were you paid for the HPIL shell as stated in contract between Stephen Brown and you two?"

I'm not telling you what to do but I would say "we made a verbal agreement after contract was signed".

Lehman will create a shit storm of bullshit you guys know that

-Darcy


