# Exhibit 20: Order Granting the Application for the Appointment of Harry Haining Zhang as Custodian of HPIL Holding, <u>In the Matter of HPIL Holding</u>, Clark County File No. A-23-869957-P

Electronically Filed
07/12/2023 4:43 PM

*[signature]*
CLERK OF THE COURT

**ORDR**
Harry Haining Zhang
2544 Route 534
Albrightsville, Pa 18210
Tel: 917-723-0338; Email: hzmails@yahoo.com

### DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| In the Matter of HPIL HOLDING, | ) Case No. A-23-869957-P |
| A Nevada Corporation | ) Dept.No.: XIV |
| | ) **ORDER GRANTING THE** |
| | ) **APPLICATION FOR THE** |
| | )**APPOINTMENT OF HARRY HAINING** |
| | )**ZHANG AS CUSTODIAN OF HPIL** |
| | )**HOLDING** |
| | ) Pursuant to NRS 78.347 (1)(b) |

-----------------------------------------------------

The COURT, having considered Petitioner, Harry Haining Zhang's Application for Appointment of Custodian of HPIL Holding, a Nevada corporation, proper notice having been given to the officers and directors of HPIL Holding, pursuant to NRS.78.750 (2), no opposition having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to NRS 78.347, shareholder, Harry Haining Zhang, be, and is, hereby appointed as Custodian of HPIL Holding., a Nevada corporation ("HPIL").
2. Harry Haining Zhang is authorized to take any actions on behalf of HPIL, pursuant to NRS 78.347, that are reasonable, prudent, or for the benefit of HPIL.
3. Harry Haining Zhang is authorized to appoint new officers and directors for HPIL.
4. Pursuant to NRS 78.347(3)(a), Harry Haining Zhang shall comply with NRS 78.180 to reinstate HPIL and submit evidence of compliance with NRS 78.180 to this Court.
5. Harry Haining Zhang shall provide reasonable notice to all shareholders of record of a shareholders' meeting (the "Meeting"), to be held within a reasonable time

after this Order is entered and Harry Haining Zhang shall submit evidence of compliance with this requirement to this Court.

6. The Meeting shall be an Annual Meeting, and Harry Haining Zhang is hereby designated by the Court as Chairman to conduct the Meeting and to appoint a person to make a record of the Meeting.

7. That such shares of HPIL are owned by stockholders of record and are represented at the stockholder meeting in person or by a valid proxy shall constitute a quorum to conduct an election of directors of HPIL and shall otherwise be entitled to participate in the stockholder meeting and to vote in the election.

8. The Transfer Agent for and the Resident Agent for HPIL shall, and all other third parties, including but not limited to attorneys and accountants for HPIL, are authorized to, promptly and upon demand therefore by Harry Haining Zhang , provide Harry Haining Zhang true, exact and complete copies of all records in their possession relating to HPIL including without limitation all shareholder lists, share transfer records, accounting or financial records, articles of incorporation, bylaws, and minutes of any prior board of directors or shareholder meetings or written consents to act by the board of directors or shareholders.

9. Harry Haining Zhang , as custodian of HPIL, shall submit a report to this Court of the actions taken at the Meeting.

10. Harry Haining Zhang shall report to this Court every three (3) months concerning his activities as custodian of HPIL, the activities of board of directors of HPIL, and HPIL's progress, and such other information as deemed necessary by the Court.

11. Harry Haining Zhang shall, pursuant to NRS 78.347(4), file an amendment to the Articles of Incorporation of HPIL with the Nevada Secretary of State containing the following disclosures and statements:

   a. Disclosures of any previous criminal, administrative, civil or Financial Industry Regulatory Authority, or Securities and Exchange Commission investigations, violations, or convictions concerning Harry Haining Zhang or his affiliates.

   b. A statement that reasonable, but ultimately unsuccessful, attempts were made to contact the officers or directors of HPIL to request that HPIL comply with corporate formalities and to continue its business.

   c. A statement that Harry Haining Zhang is, in fact, continuing the business of HPIL and attempting to further the interests of its shareholders.

d.  A statement indicating that Harry Haining Zhang will reinstate or maintain the corporate charter of HPIL.

e.  Any other information as may be required by regulations promulgated by the Nevada Secretary of State.

IT IS SO ORDERED this _ day of JULY, 2023

DISTRICT COURT JUDGE

Dated this 12th day of July, 2023

*/s/ J. Escobar*

**017 785 2CD7 3140
Adriana Escobar
District Court Judge**

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| In the Matter of the Petition of | CASE NO: A-23-869957-P |
|---|---|
| Harry Haining Zhang | DEPT. NO. Department 14 |

**AUTOMATED CERTIFICATE OF SERVICE**

Electronic service was attempted through the Eighth Judicial District Court's electronic filing system, but there were no registered users on the case. The filer has been notified to serve all parties by traditional means.