# Exhibit 21: Wyoming Application for Reinstatement filed by Collette, dated September 18, 2020



Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 10/14/2020 09:16 AM
Original ID: 2019-000847503
Amendment ID: 2020-003037263

# Profit Corporation
## Application for Certificate of Reinstatement Following Administrative Dissolution

A corporation administratively dissolved under W.S. 17-16-1421 may apply to the Secretary of State for reinstatement within two (2) years after the effective date of dissolution.

1. Corporation name: **HPIL Holding**

2. Effective date of its administrative dissolution: **05/09/2020**
   *(Date – mm/dd/yyyy)*

3. Grounds for dissolution have been eliminated.

4. The corporation's name satisfies the requirements of W.S. 17-16-401.

Signature: *Angela Collette*   Date: **09/18/2020**
(May be executed by Chairman of Board, President or another of its officers)   (mm/dd/yyyy)

Print Name: **Angela Collette**   Contact Person: **Angela Collette**

Title: **Receiver**   Daytime Phone Number: **321-216-7500**

Email: **atty4defense@aol.com**

---

**FOREIGN ENTITIES:** Must submit a **good standing certificate/certificate of existence** from the state or country of formation **dated within 60 days** of the reinstatement filing date in Wyoming.

**Checklist**
**For failure to file annual report please submit the following:**
- [ ] Each delinquent annual report
- [ ] Each delinquent annual report fee
- [ ] The $50 reinstatement fee (both fees can be submitted on one check)

**For failure to maintain registered agent please submit the following:**
- [ ] The Change of an Entity's Registered Agent and Office form and Consent to Appointment form
- [ ] The $250 penalty

RECEIVED
OCT 1 2 2020
WYOMING
SECRETARY OF STATE

Please submit one **originally signed** document. An electronic certificate of evidence will be sent to the email address(es) provided.

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the certificate of dissolution for the entity listed below has been canceled and this entity has been reinstated effective **October 14, 2020** as the grounds for dissolution/revocation have been eliminated.

### CERTIFICATE OF REINSTATEMENT

### HPIL Holding

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **14th** day of **October, 2020.**



Filed Date: 10/14/2020

*Edward A. Buchanan*
Secretary of State

By: _____ Rosalie Gonzales