**Exhibit 27: Order Dismissing Complaint,  <u>Zhang v. HPIL Holding</u>, Midland County, Michigan File No. 20-06979-CB-C**

45

**STATE OF MICHIGAN**
**IN THE 42ND CIRCUIT COURT**
**FOR THE COUNTY OF MIDLAND**

HAINING ZHANG
    Plaintiff

                          CASE NO. 20-06979-CB-C
                          HONORABLE STEPHEN P. CARRAS

HPIL HOLDING, a Wyoming Corporation
    Defendant / Counter Plaintiff

CHRISTOPHER PHILBRICK, RAY WONG,
and FRANK DOUGHERTY, as Shareholders on
Behalf of HPIL HOLDING, Defendant / Counter-Plaintiff

and ANGELA COLLETTE, individually, and
in her official capacity as HPIL receiver, Counter-Defendant

| | |
|---|---|
| Haining Zhang | Law Offices of Daniel J Lehman, PLLC |
| In Pro Per | Daniel J. Lehman (P66126) |
| 3330 Parker Lane | Attorneys for HPIL Holding, Ray Wong, |
| East Stroudsburg, PA 18301 | Christopher Philbrick, and Frank Dougherty |
| (917) 723-0338 | 32000 Northwestern Highway, Suite 128 |
| | Farmington Hills, MI 48334 |
| | (248) 882-3906 |
| | dan@djlehmanlaw.com |

**FILED**

TIME _____

**NOV 1 0 2021**

ANN MANARY
COUNTY CLERK
MIDLAND, MICHIGAN

**ORDER ON HEARING**

At a session of said Court held in the Courthouse
in the City of Midland, County of Midland and State of Michigan
on this _____ day of November 2021

This matter comes before the Court on Ray Wong, Chris Philbrick, and Frank Dougherty's

Motions to Dismiss Plaintiff's Complaint and Motion to for Leave of the Court to Join Receiver

Angela Collette as a party to Defendant / Counter-Plaintiff's Counterclaim, after hearing and being

fully advised in the premises, hereby ORDERS

1. Plaintiff's Complaint is hereby dismissed pursuant to MCR 2.116 (C)(8) and

2.  Ray Wong, Chris Philbrick, and Frank Dougherty, on behalf of HPIL, are granted leave to add Receiver Angela Collette as a Defendant to their Counterclaim

**It is so Ordered.**

_____

The Honorable Stephan P. Carras
Circuit Court Judge